IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN F. GRAHAM, II,,

    Petitioner,

v.                                    4:20cv211–WS/HTC

MARK S. INCH, Secretary
Florida Department of
Corrections,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed June 14, 2022. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 14) to the magistrate judge's report and recommendation.

The undersigned has reviewed the record in light of Petitioner's objections but finds no basis upon which to reject the magistrate judge's report and recommendation. The undersigned agrees that Petitioner has failed to demonstrate

that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is ADOPTED and incorporated by reference into this order.

2. Petitioner's § 2254 habeas corpus petition (ECF No. 1) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close the case.

DONE AND ORDERED this ___28th___ day of ___June___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE